**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 07-1832

DIANE COLLINS,

Plaintiff - Appellant,

versus

CAVALRY MEDICAL TRANSPORT; BRIAN CRAIG SPARKS;
MCNEIL & COMPANY; GALLAGHER BASSETT SERVICES,

Defendants - Appellees.

Appeal from the United States District Court for the Middle District of North Carolina, at Durham. Paul Trevor Sharp, Magistrate Judge. (1:07-cv-00157-PTS)

Submitted: January 15, 2008     Decided: February 12, 2008

Before NIEMEYER, MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Diane Collins, Appellant Pro Se. J. Matthew Little, TEAGUE, CAMPBELL, DENNIS & GORHAM, LLP, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Diane Collins appeals the magistrate judge's order dismissing her complaint for lack of subject matter jurisdiction.[*] We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the magistrate judge. See Collins v. Cavalry Med. Transp., No. 1:07-cv-00157-PTS (M.D.N.C. Aug. 6, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*]The parties consented to the jurisdiction of a magistrate judge under 28 U.S.C. § 636(c) (2000).

- 2 -